# FILED

## UNDER

# SEAL

DANIEL G. BOGDEN
United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:14-cr-00399-KJD-PAL-2 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| ALAN RODRIGUES ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

    Attached hereto and expressly incorporated herein is a is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Erin Oliver      Pretrial Services Officer.  I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

    Dated this 25th day of   February, 2015   .

                                                            DANIEL G. BOGDEN
                                                           United States Attorney

                                                           By   /S/
                                                              DANIEL SCHIESS
                                                              Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ALAN RODRIGUES                                      Docket No. 2:14-cr-00399-KJD-PAL-2

Petition for Action on Conditions of Pretrial Release

  COMES NOW  Erin Oliver   UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant   ALAN RODRIGUES   who was placed under pretrial release supervision by the Honorable Nancy J. Koppe   in the Court at Las Vegas, Nevada on December 30, 2014 on a Personal Recognizance Bond   with the following conditions:

1. Pretrial Services supervision.
2. The defendant shall surrender any passport/passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. Travel is restricted to the continental U.S.
5. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution.
6. Defendant shall avoid all direct/indirect contact with co-defendant(s) unless in the presence of counsel.
7. The defendant shall not solicit monies from investors or customers.
8. Do not be employed in any setting involving telemarketing.
9. May not be employed by Travel Solutions.
10. May not be employed by Resorts Stay International pending further investigation by USAO.
11. Do not commit any offense in violation of federal, state, or local law.

Respectfully presenting petition for action of Court and for cause as follows:

On February 25, 2015, the defendant was contacted by Las Vegas Metropolitan Police Department while boarding a shuttle service operating under the name of Las Vegas Shuttle Express, Inc. The shuttle was headed for a final destination of San Ysidro, California, which is directly across the U.S./Mexico border from Tijuana, Mexico. During contact with law enforcement, the defendant identified himself as Alejandro Lopez and provided four identification documents in the same name. The shuttle ticket in the defendant's possession was in the name of "Alejandro L." The defendant advised law enforcement that he was a dual citizen of Mexico and the United States, and he was traveling to Tijuana for three days. In his possession was $5,000 cash.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this  25th  day of    February, 2015    and ordered filed and made a part of the records in the above case.

_____
Honorable Peggy A. Leen
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 25th day of  February, 2015  .

Respectfully Submitted,

_____
Erin Oliver
United States Pretrial Services Officer

Place: Las Vegas, Nevada