**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>  vs<br><br>**Mark L. Bausch,**<br>**Alan W. Rodrigues,**<br>**David Bergstrom,**<br>**Jonas Bowen,**<br>**Rachel Glaser,**<br>**Lee Panellli, and**<br>**Craig Rudolph,**<br><br>    **Defendants,** | **2:14-cr-00399-KJD-PAL**<br><br>**ORDER GRANTING LEAVE TO ALLOW THE COORDINATING ATTORNEY TO FILE STATUS REPORTS UNDER SEAL ON CM/ECF** |

THIS MATTER has come before this Court upon the request of the court-appointed Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an Order granting him leave to file his monthly status reports under seal electronically on the Court's CM/ECF program. The direct electronic filing of Mr. Aoki's status reports will reduce resources in distributing his monthly reports to the Court. Therefore, this Court hereby grants Mr. Aoki leave to file under **seal** using the CM/ECF filing program and instructs the Court Clerk's Office to provide Mr. Aoki access for filing of his status reports.

DONE AND ORDERED at Law Vegas, Nevada this <u>2nd</u> day of March, 2015.

_____
The Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

1