# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Alan W. Rodrigues

          Defendant.

JUDGMENT

Case Number: 2:14-cr-00399-KJD-EJY

(Related case: 2:19-cv-01391-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Alan W. Rodrigues' Motions to Vacate and Correct Sentence are Granted. The Court VACATES Rodrigues' 120-month custodial sentence and CORRECTS the sentence to 78 months, leaving all remaining terms and conditions unchanged.

10/18/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk